In re:                                                          Case No. 17-04583-RNO
Richard M. Merritts, Jr.                                        Chapter 13
Lisa D. Merritts
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini          Page 1 of 2           Date Rcvd: Dec 18, 2017
                         Form ID: ntcnfhrg       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
```
db/jdb         +Richard M. Merritts, Jr.,    Lisa D. Merritts,    1928 Rock Road,    Chambersburg, PA 17202-9715
4988335        +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
4988339       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
4988336       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4988340        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
4988341        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
4988342        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4988344        +Chambersburg hospital,    760 E Washington st,    Chambersburg, PA 17201-2751
4988345        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4988350        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
4988351        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
4988354         Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
4988355         Comenity Bank/Bon Ton,    Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
4988356        +Dakota Merritts,    1928 Rock Road,    Chambersburg, PA 17202-9715
4988368        +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
4988367        +PayPal Credit,    PO Box 5018,    Timonium, MD 21094-5018
4988373        +Trac/cbsd,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195-0363
4988375       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank/Rms CC,    Card Member Services,    Po Box 108,
                St Louis, MO 63166)
4988369         summit Physician Services,    785 %th Ave suite 3,    chambersburg, PA 17201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4992162         E-mail/Text: mrdiscen@discover.com Dec 18 2017 18:57:09     Discover Bank,
                Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
4988361        +E-mail/Text: mrdiscen@discover.com Dec 18 2017 18:57:09     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
4988362        +E-mail/PDF: pa_dc_claims@navient.com Dec 18 2017 18:57:47     Navient,   Attn: Claims Dept,
                Po Box 9500,    Wilkes- Barr, PA 18773-9500
4988820        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2017 19:05:13
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4988370        +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2017 18:57:36     Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4988371        +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2017 18:57:41     Synchrony Bank/Gap,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4988372        +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2017 18:57:41     Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4988337*       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4988338*       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4988343*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4988346*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4988347*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4988348*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4988349*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4988352*       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
4988353*       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
4988357*       +Dakota Merritts,    1928 Rock Road,    Chambersburg, PA 17202-9715
4988358*       +Dakota Merritts,    1928 Rock Road,    Chambersburg, PA 17202-9715
4988359*       +Dakota Merritts,    1928 Rock Road,    Chambersburg, PA 17202-9715
4988360*       +Dakota Merritts,    1928 Rock Road,    Chambersburg, PA 17202-9715
4988363*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
4988364*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
4988365*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
4988366*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
4988374*       +Trac/cbsd,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195-0363
                                                                                  TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0314-1          User: CGambini              Page 2 of 2               Date Rcvd: Dec 18, 2017
                              Form ID: ntcnfhrg           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 2 Lisa D. Merritts Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 1 Richard M. Merritts, Jr. Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard M. Merritts Jr.
Lisa D. Merritts

Debtor(s)

Chapter 13

Case No. 1:17−bk−04583−RNO

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **January 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 7, 2018 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2017 |