UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICHARD M. MERRITTS, JR. and | : | CHAPTER 13 |
| LISA D. MERRITTS | : | |
|    Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| RICHARD M. MERRITS, JR. and | : | |
| LISA D. MERRITTS | : | |
|    Respondent(s) | : | CASE NO. 1-17-bk-04583 |

## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this  31st  day of October, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Residential real estate – Joint claims: Capital One Bank (Claim #2).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                                           Respectfully submitted:

                                           Charles J. DeHart, III
                                           Standing Chapter 13 Trustee
                                           8125 Adams Drive, Suite A
                                           Hummelstown, PA 17036
                                           (717) 566-6097

                    BY:                /s/James K. Jones
                                           Attorney for Trustee

Case 1:17-bk-04583-RNO    Doc 32    Filed 10/31/18    Entered 10/31/18 11:36:08    Desc
Main Document    Page 1 of 2

CERTIFICATE OF SERVICE

        AND NOW, this 31st day of, October, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Stephen Wade Parker, Esquire
230 York Street
Hanover, PA 17331

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee