United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                            Case No. 17-04583-HWV

Richard M. Merritts, Jr.                                   Chapter 13

Lisa D. Merritts

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                           Page 1 of 3
Date Rcvd: Jun 21, 2021                Form ID: 3180W                         Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard M. Merritts, Jr., Lisa D. Merritts, 1928 Rock Road, Chambersburg, PA 17202-9715 |
| 5033390 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 4988344 | + | Chambersburg hospital, 760 E Washington st, Chambersburg, PA 17201-2751 |
| 4988356 | + | Dakota Merritts, 1928 Rock Road, Chambersburg, PA 17202-9715 |
| 5020375 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 4988368 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 4988373 | + | Trac/cbsd, Citicorp Credit/Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195-0363 |
| 4988369 | | summit Physician Services, 785 %th Ave suite 3, chambersburg, PA 17201 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4988335 | + | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 4988339 | | EDI: BANKAMER.COM | Jun 21 2021 22:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 4988336 | + | EDI: BANKAMER.COM | Jun 21 2021 22:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 4988340 | + | EDI: TSYS2.COM | Jun 21 2021 22:53:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 4988342 | + | EDI: CAPITALONE.COM | Jun 21 2021 22:53:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4988341 | + | EDI: CAPITALONE.COM | Jun 21 2021 22:53:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5015269 | | EDI: CAPITALONE.COM | Jun 21 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4988350 | + | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4988351 | + | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4988354 | | EDI: CITICORP.COM | Jun 21 2021 22:53:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 4988355 | | EDI: WFNNB.COM | Jun 21 2021 22:53:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 4992162 | | EDI: DISCOVER.COM | | |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 21 2021 22:53:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 4988361 | + | EDI: DISCOVER.COM | Jun 21 2021 22:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4988345 | | EDI: JPMORGANCHASE | Jun 21 2021 22:53:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5033568 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2021 11:58:01 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4988362 | + | EDI: NAVIENTFKASMSERV.COM | Jun 21 2021 22:53:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 5019875 | | EDI: PRA.COM | Jun 21 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4988820 | + | EDI: RECOVERYCORP.COM | Jun 21 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4988367 | + | EDI: RMSC.COM | Jun 21 2021 22:53:00 | PayPal Credit, PO Box 5018, Timonium, MD 21094-5018 |
| 5032015 | | EDI: Q3G.COM | Jun 21 2021 22:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5011071 | | EDI: RMSC.COM | Jun 21 2021 22:53:00 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 4988370 | + | EDI: RMSC.COM | Jun 21 2021 22:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4988371 | + | EDI: RMSC.COM | Jun 21 2021 22:53:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4988372 | + | EDI: RMSC.COM | Jun 21 2021 22:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 5025596 | | EDI: USBANKARS.COM | Jun 21 2021 22:53:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 4988375 | | EDI: USBANKARS.COM | Jun 21 2021 22:53:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4988337 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 4988338 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 4988343 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4988352 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4988353 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4988357 | *+ | Dakota Merritts, 1928 Rock Road, Chambersburg, PA 17202-9715 |
| 4988358 | *+ | Dakota Merritts, 1928 Rock Road, Chambersburg, PA 17202-9715 |
| 4988359 | *+ | Dakota Merritts, 1928 Rock Road, Chambersburg, PA 17202-9715 |
| 4988360 | *+ | Dakota Merritts, 1928 Rock Road, Chambersburg, PA 17202-9715 |
| 4988346 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4988347 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4988348 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

| | | |
| --- | --- | --- |
| 4988349 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4988363 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 4988364 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 4988365 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 4988366 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 4988374 | *+ | Trac/cbsd, Citicorp Credit/Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195-0363 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| Nicholas G. Platt | on behalf of Debtor 2 Lisa D. Merritts ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Richard M. Merritts  Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Lisa D. Merritts Mooneybkecf@gmail.com  R61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Richard M. Merritts  Jr. Mooneybkecf@gmail.com, R61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Richard M. Merritts Jr. | Social Security number or ITIN | xxx–xx–5304 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Lisa D. Merritts | Social Security number or ITIN | xxx–xx–5861 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:17–bk–04583–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard M. Merritts Jr.                     Lisa D. Merritts

**By the court:**    *(signature)*

6/21/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**