# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    RICHARD M. MERRITTS, JR.                    Case No.: 1-17-04583-HWV
    LISA D. MERRITTS                             Chapter 13
           Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 1928 Rock Rd - PRE-ARREARS - 3215 |
| Property Address if applicable: | 1928 ROCK ROAD, , CHAMBERSBURG, PA17202 |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,392.02 |
| b. | Prepetition arrearages paid by the Trustee: | $1,392.02 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,392.02 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021	Respectfully submitted,

<span style="margin-left:3em">s/ Jack N. Zaharopoulos<br>
Standing Chapter 13 Trustee<br>
Suite A, 8125 Adams Drive<br>
Hummelstown, PA  17036<br>
Phone:  (717) 566-6097<br>
Fax:  (717) 566-8313<br>
eMail:  info@pamd13trustee.com</span>

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1202024 | 05/09/2019 | $154.90   | $0.00    | $154.90    |
| 5200  | 1203333 | 06/06/2019 | $228.10   | $0.00    | $228.10    |
| 5200  | 1204726 | 07/11/2019 | $228.10   | $0.00    | $228.10    |
| 5200  | 1206082 | 08/07/2019 | $228.10   | $0.00    | $228.10    |
| 5200  | 1207551 | 09/26/2019 | $228.10   | $0.00    | $228.10    |
| 5200  | 1208714 | 10/10/2019 | $238.88   | $0.00    | $238.88    |
| 5200  | 1209848 | 11/07/2019 | $85.84    | $0.00    | $85.84     |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RICHARD M. MERRITTS, JR.  Case No.: 1-17-04583-HWV
LISA D. MERRITTS  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| NATIONSTAR MTG LLC<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| RICHARD M. MERRITTS, JR.<br>LISA D. MERRITTS<br>1928 ROCK ROAD<br>CHAMBERSBURG, PA 17202 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com